UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLY RAE SHA'NEE MALDONADO, | ) | 1:12cv02015 AWI DLB PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S MOTION |
| | ) | FOR APPOINTMENT OF COUNSEL |
| v. | ) | |
| | ) | (Document 14-1) |
| RUTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Billy Rae Sha'Nee Maldonado ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. Plaintiff filed his Second Amended Complaint on February 21, 2014. A motion for appointment of counsel was attached to the end of his complaint.

Plaintiff does not have a constitutional right to the appointment of counsel in this action. Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009); Storseth v. Spellman, 654 F.2d 1349, 1353 (9th Cir. 1981). The Court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1), but it will do so only if exceptional circumstances exist. Palmer, 560 F.3d at 970; Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986). In making this determination, the Court must evaluate the likelihood of success on the merits and the ability of Plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. Palmer, 560 F.3d at 970 (citation and quotation marks omitted); Wilborn, 789 F.2d at 1331. Neither consideration is dispositive and they

1 must be viewed together.  Palmer, 560 F.3d at 970 (citation and quotation marks omitted); Wilborn,
2 789 F.2d at 1331.

3      In the present case, the Court does not find the required exceptional circumstances.  Even if it
4 is assumed that Plaintiff is not well versed in the law and that he has made serious allegations which, if
5 proved, would entitle him to relief, his case is not exceptional.  The Court is faced with similar cases
6 almost daily.  Moreover, by separate order, the Court has issued Findings and Recommendations to
7 dismiss Plaintiff's action for failure to state a claim for which relief may be granted.

8      Therefore, Plaintiff's request for the appointment of counsel is HEREBY DENIED.

10 IT IS SO ORDERED.

11    Dated:   **July 23, 2014**                              /s/ *Dennis L. Beck*
12                                                        UNITED STATES MAGISTRATE JUDGE