1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**

9        EASTERN DISTRICT OF CALIFORNIA

10

11   BILLY RAE SHA'NEE MALDONADO,              )   1:12cv02015 AWI DLB PC
                                               )
12                      Plaintiff,             )
                                               )   ORDER DENYING PLAINTIFF'S
13           v.                                )   MOTION TO COMPEL
                                               )
14   RUTH, et al.,                             )
                                               )   (Document 20)
15                      Defendants.            )
                                               )
16   _____  )

17           Plaintiff Billy Rae Sha'Nee Maldonado ("Plaintiff") is a state prisoner proceeding pro se and in

18   forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.  Plaintiff filed this action on

19   December 12, 2012.  The action was dismissed for failure to state a claim on October 29, 2014.

20           On February 5, 2015, the Court received a motion to compel discovery from Plaintiff.  As this

21   action is closed, his motion is DENIED.

22

23   IT IS SO ORDERED.

24       Dated:   __**February 6, 2015**__            _____ /s/ *Dennis L. Beck*

25                                               UNITED STATES MAGISTRATE JUDGE

26

27

28

                                                    1